# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISIS AVINA,<br><br>                      Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>                      Defendant. | Case No.: 18-CV-1728-W (MSB)<br><br>**ORDER:**<br><br>**(1) ADOPTING REPORT AND RECOMMENDATION [DOC. 22];**<br><br>**(2) GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [DOC. 15];**<br><br>**(3) DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [DOC. 16]; AND**<br><br>**(4) REMANDING CASE** |

On April 9, 2018, Plaintiff Isis Avina filed this action seeking judicial review of the Social Security Commissioner's final decision denying her claim for a period of disability insurance benefits and supplemental security income under Title II and Title XVI of the Social Security Act. (*See Compl.* [Doc. 1].) The matter was referred to the Honorable Michael Berg, United States Magistrate Judge, for a report and recommendation pursuant to 28 U.S.C. § 636(b)(1). (*See Aug. 10, 2018 Order* [Doc. 6];

1

1 | *Order of Transfer* [Doc. 14].) Thereafter, the parties filed cross-motions for summary
2 | judgment. (*Pl.'s Mot.* [Doc. 15]; *Def.'s Mot.* [Doc. 16].)

On August 5, 2019, Judge Berg issued a Report and Recommendation ("R&R") recommending that the Court grant Plaintiff's motion for summary judgment, deny Defendant's motion for summary judgment, and remand this action for further proceedings. (*R&R* [Doc. 22] p. 17.) Judge Berg ordered that any objections be filed by August 16, 2019. (*Id.*) No objections were filed. There has been no request for additional time to object.

A district court's duties concerning a magistrate judge's report and recommendation and a respondent's objections thereto are set forth in Rule 72(b) of the Federal Rules of Civil Procedure and 28 U.S.C. § 636(b)(1). When no objections are filed, the district court is not required to review the magistrate judge's report and recommendation. See United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (reasoning that 28 U.S.C. § 636(b)(1)(C) "makes it clear that the district judge must review the magistrate judge's finding and recommendations de novo *if objection is made*, but not otherwise"); Schmidt v. Johnstone, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) (concluding that where no objections were filed, the District Court had no obligation to review the magistrate judge's report). This rule of law is well-established within both the Ninth Circuit and this district. See Wang v. Masaitis, 416 F.3d 992, 1000 n.13 (9th Cir. 2005) ("Of course, de novo review of a R & R is only required when an objection is made to the R & R[.]") (citing Reyna-Tapia, 328 F.3d at 1121); Nelson v. Giurbino, 395 F. Supp. 2d 946, 949 (S.D. Cal. 2005) (Lorenz, J.) (adopting the R&R without review because neither party filed objections despite having the opportunity to do so); see also Nichols v. Logan, 355 F. Supp. 2d 1155, 1157 (S.D. Cal. 2004) (Benitez, J.).

//
//
//
//

Accordingly, the Court accepts Judge Berg's recommendation and **ADOPTS** the R&R [Doc. 22] in its entirety.

For the reasons stated in the R&R, which is incorporated herein by reference, the Court **GRANTS** Plaintiff's motion for summary judgment [Doc. 15], and **DENIES** Defendant's motion for summary judgment [Doc. 16].

This case is remanded for further proceedings consistent with this opinion.

**IT IS SO ORDERED.**

Dated: August 19, 2019

_____
Hon. Thomas J. Whelan
United States District Judge